NO. PD-1519-14

*Grant 30 days* *[signature] David C. Newell*

| | | |
|---|---|---|
| CLAIR A. WOLF | § | |
| APPELLANT | § | IN THE |
| V. | § | COURT OF CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |
| RESPONDENT | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

### MOTION FOR AN EXTENSION OF TIME
### TO FILE A MOTION FOR REHEARING

FEB 27 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Clair A. Wolf, TDCJ-CID# 01859849. Appellant Pro-Se, acting in his own behalf and files this his own "Motion for an Extension of Time to file a Motion For Rehearing" to this most Honorable Court, and in so doing, will show the following to wit:

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

#### I. JURISDICTION

This most Honorable Court has jurisdiction over the subject matter pursuant to the Tex. R. App. Proc., Rule 79.1(c) and Rule 49.8, where this Court of Criminal Appeals may extend the time for filing a motion or further motion for re-hearing if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion for re-hearing.

Appellant's last date for filing his motion for re-hearing is February 26 ,2015, placing Appellant well within the required fifteen (15) days after the last date to file a motion for re-hearing, pursuant to Rule 10.5(b) respectively.

#### II. REASONING

Appellant has just recently learned through the Clerk of this Court that his pro-se petition for discretionary review was refused on February 04, 2015.

( Page-1-)

Being such, and pursuant to Rule 10.5(b)(1), Appellant will now state for the record that:

(A) The deadline for filing this request for an extension of time to file a motion for re-hearing is February 26 , 2015.

(B) Appellant request at least ninety (90) days extension because Appellant has to attempt to advocate for him- to this Court.

(C) Appellant can only entertain and research in the unit Law Library during his off-duty hours which is approximately ten (10) hours per week and needs this extension to prepare, research and advocate properly, and;

(D) Appellant has never asked for an extension of time in this matter.

The extension of time is not designed, nor any attempt to harass, delay or hinder the Court's calendar with these issues but to assure that justice is served to Appellant. There are substantial intervening circumstances that require this Court's power of supervision, they are:

(1) The Court of Appeals incorrectly decided that the opinion of a lay witness which inferred that Appellant was guilty of the offense charge is admissable pursuant to Tex. Rules of Evidence, Rule 701 and 704?

(2) The Court of Appeals made a ruling that directly conflicts with a recent decision that was handed down by this most Honorable Court of Appeals in which appeal counsel did not cite or argue in the Petition for Discretionary Review. Being such, this Court of Criminal Appeals power of Supervision should be considered

and implemented in order to allow Appellant a fair hearing on his claim.

## III. PRAYER FOR RELIEF

Wherefore, Premises Considering, Appellant prays that this most Honorable Court grant this Motion for an Extension of Time to file a Motion for Re-hearing pursuant to Tex. R. App. Proc., Rule 79.1(c) allowing Appellant at least ninety (90) days to file said motion because of his specific set of circumstances. In this Appellant will forever pray.

Respectfully Submitted,

*Clair A. Wolf*

Clair A. Wolf
Appellant Pro-Se

## IV. CERTIFICATE OF SERVICE

I, Clair A. Wolf, TDCJ-CID# 01859849, Appellant, Pro-Se, certify that a true and correct copy of Appellant's Motion for an Extension of Time to file a Motion for Re-hearing has been placed in the United States Mail, postage pre-paid, addressed

State Prosecuting Attorney

P.O. BOX# 12405

Austin, Texas 78711

Abel Acosta, Clerk

P.O. BOX# 12308

Capitol Station

Court of Criminal Appeals

Austin, Texas 78711

On this the ___20___ day of February, 2015.

Respectfully Submitted,

*Clair A. Wolf*

Clair A. Wolf
Appellant Pro-Se

( Page-3-)